IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Cheniqua Little, No. 1:21-cv-2693 Marissa Liza, No. 1:21-cv-2686 | : : : | |

# **ORDER**

On December 30, 2024, the Court entered an Order directing the plaintiffs identified at Docket Entry 768-1 to show cause within 14 days of the entry of the Order why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [768]. Plaintiffs were warned that a plaintiff's failure to respond could result in dismissal of her case.

Plaintiffs Cheniqua Little and Marissa Liza filed no response. Accordingly, on January 24, 2025, the Court dismissed their cases with prejudice for failure to follow a lawful Order of the Court and for failure to make their cases ready. Dkt. No. [839] at 3. On January 29, 2025, their counsel filed the motion for reconsideration that is presently pending before the Court. Dkt. No. [848].

After due consideration, the Court finds that Plaintiffs' counsel has not demonstrated good cause for granting the motion for reconsideration. Accordingly, the motion for reconsideration, Dkt. No. [768], is **DENIED**.

**IT IS SO ORDERED** this 30th day of January, 2025.

_____
**Leigh Martin May**
**United States District Judge**